UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MSP RECOVERY CLAIMS, SERIES LLC,
MSPA CLAIMS 1, LLC, and
MSP RECOVERY CLAIMS SERIES 44, LLC,

Plaintiffs,

v.

AUTO CLUB INSURANCE
ASSOCIATION and AUTO CLUB
GROUP INSURANCE COMPANY,

Defendants.
_____/

Case No: 21-11606
Hon. F. Kay Behm
Magistrate Curtis Ivy, Jr.

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE having come before the Court on Plaintiffs, MSP RECOVERY CLAIMS, SERIES LLC; MSPA CLAIMS 1, LLC; MSP RECOVERY CLAIMS SERIES 44, LLC and Defendants, AUTO CLUB INSURANCE ASSOCIATION and AUTO CLUB GROUP INSURANCE COMPANY the Joint Stipulation of Dismissal with Prejudice;

HAVING considered the Joint Stipulation for Dismissal, the record in this case and being otherwise duly advised in the premises, it is ORDERED and ADJUDGED that this matter shall be dismissed with prejudice.

IT IS FURTHER ORDERED and ADJUDGED that each party shall bear its own costs and attorneys' fees.

DONE and ORDERED, this 15th day of December 2023.

s/F. Kay Behm
Hon. F. Kay Behm
United States District Judge